IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GREGORY LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 5:03-cv-1812-IPJ-TMP |
| ) | |
| DETRA CAMPBELL, WARDEN ) | |
| MITCHEM, ASSISTANT WARDEN ) | |
| WISE, SGT. HAMMINS, LT. TULLY, ) | |
| and OFFICER EDWARDS, ) | |
| ) | |
| Defendants ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 7, 2006, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A.  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A.  A Final Judgment will be entered.

DATED the 1st day of May 2006.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE